AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Lucas Vanwoert | ) | 3:22MJ5330 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
1:48 pm Sep 28 2022
**Clerk U.S. District Court**
**Northern District of Ohio**
**Toledo**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  9/1/2022 through 9/27/2022  in the county of  Lucas  in the
Northern  District of  Ohio  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 48(a)(2)(A) | Animal Crushing |
| Title 18 U.S.C. § 1465 | Obscenity |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Jason Guyton, Homeland Security Investigations
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date:  September 28, 2022

_____
*Judge's signature*

City and state:  Toledo, OH

Darrell A. Clay, United State Magistrate Judge
*Printed name and title*